IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL GONZALEZ,<br><br>      Defendant. | CIVIL ACTION NO.: 2:24-cv-125 |

**O R D E R**

Defendant filed a Motion to Stay, asking the Court to stay discovery and the obligations under Federal Rule of Civil Procedure 26, pending a ruling on his motion to dismiss.  Doc. 12.  Plaintiff has not responded, and the time to do so has expired.  Accordingly, the Court **GRANTS** Defendant's Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to a motion."), and **STAYS** the discovery obligations and deadlines in this case, pending a ruling on Defendant's motion to dismiss.  This stay will be automatically lifted upon the issuance of a Court order ruling on the motion to dismiss, if any claims remain pending.  The Court **DIRECTS** the parties to confer within 14 days of a ruling on the motions to dismiss and, if the claims remain pending, to file a Rule 26(f) report 7 days after their conference.

**SO ORDERED**, this 11th day of March, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA