AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTINA BROWN,

Plaintiff,

v.

MICHAEL GONZALEZ,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-125

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 27, 2025, Defendant's motion to dismiss is granted. Plaintiff's First and Fourth Amendment claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice. There being no claims remaining, this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 27, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk